NATIONAL LIFE AND ACCIDENT INSURANCE COMPANY *v.* LAIN; *et vice versa.*

ATKINSON, Justice. The words "attorney's fees" as employed in section 3 of the act of 1933 (Ga. L. 1933, p. 290), amending the act creating the municipal court of Atlanta, considered in connection with section 1 of the act, refer to attorney's fees that are ancillary to the main relief sought in a suit of which the court has jurisdiction, and are not confined to "contractual attorney's fees as provided for in a promissory note or other written contract." *All the Justices concur.*

No. 10461. MARCH 12, 1935.

464

*Hendrix & Buchanan,* for plaintiff in error.

*A. Walton Nall, Roberts & Nall,* and *E. B. Lovell,* contra.